| | | |
|---|---|---|
| **WEAVER COOKE CONSTRUCTION, LLC,** | ) | |
| | ) | |
| **Appellant,** | ) | |
| | ) | |
| **v.** | ) | **NO.: 5:14-cv-00710-BR** |
| | ) | |
| **EAST CAROLINA MASONRY, INC.,** | ) | |
| | ) | |
| **Appellee.** | ) | |

| | | |
|---|---|---|
| **WEAVER COOKE CONSTRUCTION, LLC,** | ) | |
| | ) | |
| **Appellant,** | ) | |
| | ) | |
| **v.** | ) | **NO.: 5:14-cv-00712-BR** |
| | ) | |
| **EAST CAROLINA MASONRY, INC.,** | ) | |
| | ) | |
| **Appellee.** | ) | |

| | | |
|---|---|---|
| **EAST CAROLINA MASONRY, INC.,** | ) | |
| | ) | |
| **Appellant,** | ) | |
| | ) | |
| **v.** | ) | **NO.: 5:15-cv-00244-BR** |
| | ) | |
| **WEAVER COOKE CONSTRUCTION, LLC,** | ) | |
| | ) | |
| **Appellee.** | ) | |

**EAST CAROLINA MASONRY, INC.,**    )
                                    )
     **Appellant,**    )
                                    )
**v.**    )    **NO.: 5:15-cv-00252-BR**
                                    )
**WEAVER COOKE CONSTRUCTION, LLC,**    )
                                    )
                                    )
     **Appellee.**

## ORDER

This matter comes before the court on Weaver Cooke Construction, LLC's unopposed

motion to dispense with the appendix requirement under Bankruptcy Rules 8018(b)(1) and (2).

The motion is ALLOWED.

This 31 August 2015.


_____
W. Earl Britt
Senior U.S. District Judge